UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED MCZEAL,<br><br>    Plaintiff,<br><br>v.<br><br>SOLON HOUSE, LLC, et al.,<br><br>    Defendants. | Case No. 4:23-cv-00297-KAW<br><br>**ORDER TO SHOW CAUSE TO PLAINTIFF RE SERVICE; ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. Nos. 37, 38 |

On August 4, 2023, the Court separately quashed Plaintiff's attempted service on Defendants RE/MAX Gold (Dkt. No. 37) and Defendants Solon House, LLC, the Del Prado Family Trust, Bennett Hong, B. Hong Pro Fiduciary, Glasser & McDonagh, Stephen Bernard McDonagh, and Bradford Wang (Dkt. No. 38). In quashing service of process, the Court ordered Plaintiff to serve all defendants in accordance with Federal Rule of Civil Procedure 4, and to do so within 60 days of that order. *Ids.* at 5. Plaintiff was advised that the failure to timely serve "may result in dismissal without prejudice without any further notice." *Ids.* The last date to complete service was October 3, 2023, and, to date, no certificates of service have been filed.

Accordingly, by no later than **October 27, 2023**, Plaintiff shall show cause why this matter should not be dismissed for failure to comply with the court-ordered service deadline. Also by October 27, 2023, Plaintiff shall serve all defendants and file the certificates of service on the docket. The failure to both respond to this order to show cause and serve all defendants will result in this case being dismissed without prejudice.

//

//

//

Finally, the case management conference set for October 24, 2023 is continued to February 20, 2024 at 1:30 PM. The case management statements are due on or before February 13, 2024.

IT IS SO ORDERED.

Dated: October 16, 2023

_____
KANDIS A. WESTMORE
United States Magistrate Judge