UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED MCZEAL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SOLON HOUSE, LLC, et al.,<br><br>　　　　　Defendants. | Case No.  24-cv-02971-LB<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

　　　　Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Kandis A. Westmore for consideration of whether the case is related to 4:23-cv-00297-KAW McZeal v. Solon House, LLC et al.

　　　　**IT IS SO ORDERED.**

Dated: September 9, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　LAUREL BEELER
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge